# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20656

United States Court of Appeals
Fifth Circuit

**FILED**

September 6, 2018

Lyle W. Cayce
Clerk

MARTHA LOCKETT,

Plaintiff–Appellant,

versus

HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant–Appellee.

On Appeal from the United States District Court
for the Southern District of Texas
No. 4:16-CV-1667

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

Martha Lockett, a school nurse whose contract was not renewed, sued her former school district employer for sex discrimination under Title VII and age discrimination under the Age Discrimination in Employment Act. A jury

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20656

found no discrimination, and Lockett appeals.

We have reviewed the briefs, the record, and the applicable law and have heard the arguments of counsel.  The district court correctly instructed the jury regarding adverse employment actions.  Although the instruction on age discrimination was erroneous in requiring Lockett to prove that age was the only reason for the nonrenewal, the error was harmless.

The trial was both full and fair.  There is no reversible error.  The judgment is AFFIRMED.